United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 14-24854-SY
Onia Marie Podolece                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin              Page 1 of 1              Date Rcvd: Mar 23, 2015
                              Form ID: b18             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2015.
db             +Onia Marie Podolece,   P.O. Box 13173,   Palm Desert, CA 92255-3173
35880041        Blaze,   P.O. Box 2534,   Omaha, NE 68103-2534
35880043       +Central Financial Control,   P.O. Box 66044,   Anaheim, CA 92816-6044
35880045       +Continental Central Credit,   5611 Palmer Way, Ste. G,   Carlsbad, CA 92010-7253
35880046       +Credit Bureau Services,   120 Calle Iglesia Ste A,   San Clemente, CA 92672-7543
35880050       +FSB Blaze,   5501 S. Broadband Ln,   Sioux Falls, SD 57108-2253
35880047       +Fingerhut,   6509 Flying Cloud Drive,   Eden Prairie, MN 55344-3307
35880048       +First National Bank,   P.O. Box 3412,   Omaha, NE 68197-0001
35880052       +Mobiloans,   P.O. Box 1409,   Marksville, LA 71351-1409
35880053       +Montgomery Ward,   P.O. Box 2843,   Monroe, WI 53566-8043
35880054       +National Credit Adjusters, LLC,   327 W. 4th Ave.,   Hutchinson, KS 67501-4842
35880056        Seventh Avenue,   P.O. Box 2806,   Monroe, WI 53566-8006
35880057        Stoneberry,   P.O. Box 2820,   Monroe, WI 53566-8020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Mar 24 2015 02:08:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                 P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Mar 24 2015 02:08:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                 P.O. Box 2952,   Sacramento, CA  95812-2952
35880042        EDI: CAPITALONE.COM Mar 24 2015 02:08:00      Capital One Bank, N.A.,   P.O. Box 60599,
                 City of Industry, CA 91716-0599
35880044       +E-mail/Text: sara@cvcollection.com Mar 24 2015 02:09:19      Coachella Val Col Sv,
                 75108 Gerald Ford Dr. #1,   Palm Desert, CA 92211-6801
35880047       +EDI: BLUESTEM.COM Mar 24 2015 02:08:00      Fingerhut,   6509 Flying Cloud Drive,
                 Eden Prairie, MN 55344-3307
35880049        EDI: AMINFOFP.COM Mar 24 2015 02:08:00      First Premier Bank,   P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
35880051       +EDI: MERRICKBANK.COM Mar 24 2015 02:03:00      Merrick Bank,   P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
35880055        EDI: WFNNB.COM Mar 24 2015 02:08:00      New York & Company,   P.O. Box 182789,
                 Columbus, OH 43218-2789
35880058       +E-mail/Text: pauline.burt@timepaymentcorp.com Mar 24 2015 02:09:11      Timepayment Corp,
                 16 NE Exec Office Park Ste 200,   Burlington, MA 01803-5222
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2015 at the address(es) listed below:
              Charles W Daff (TR)   charleswdaff@gmail.com, c122@ecfcbis.com
              Nicholas M Wajda    on behalf of Debtor Onia Marie Podolece info@wajdalawgroup.com
              United States Trustee (RS)   ustpregion16.rs.ecf@usdoj.gov
                                                                                              TOTAL: 3

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

3420 Twelfth Street, Riverside, CA 92501−3819

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Onia Marie Podolece
aka Alex Wynter, aka Alex Podolece

**BANKRUPTCY NO.** 6:14−bk−24854−SY

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5726
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 3/23/15

**Address:**
P.O. Box 13173
Palm Desert, CA 92255

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: March 23, 2015

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

9 / AUT

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.